# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1757
_____

James Watson

*Plaintiff - Appellant*

v.

Osceola Police Department; Mississippi County Sheriff's Department; Arkansas
Parole Board

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro
_____

Submitted: October 15, 2015
Filed: November 6, 2015
[Unpublished]
_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

James Watson appeals the district court's[1] 28 U.S.C. § 1915A dismissal, without prejudice, of his 42 U.S.C. § 1983 action. Having carefully reviewed the record and Watson's arguments on appeal, we conclude that the dismissal was proper for the reasons stated by the district court. See Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (§ 1915A dismissal is reviewed de novo). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

---

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.